**01–129.   State ex rel. Indus. Energy Users–Ohio v. Pub. Util. Comm.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would grant the writ.

COOK, J., not participating.